# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| GERALD NASH ELECTRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK, N.A., <br><br> Defendants. | Cause No.: 6:24-cv-00008-BMM-JTJ <br><br> **ORDER** |

After having reviewed Plaintiff's notice of dismissal, and good cause appearing, IT IS ORDERED that this matter is dismissed with each party to bear their own attorney's fees and costs. The Clerk of Court is directed to close this case.

DATED this 9th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts